USDCSD of NY

25 CV 8320

Michael J Robinson (Plaintiff)

V.

Letitia James, Alvin Bragg, Fani Willis, Juan M. Merchan, Loren Merchan, E. Jean Carroll, (Defendants)

Case No:

# Complaint

Jurisdiction; 28 USC §1331 (42 USC §1983, 18 USC §1964 RICO), Venue Proper; James, Bragg, Merchan, Carroll in NY; Willis via NY (conspiracy CPLR §302).

No Immunity; Defendants acted under color of law-outside official Duties, violating RICO (18 USC §1962) via fraud/obstruction. Non-Judicial/conspiratorial acts. (eg, Merchan's Biased rulings, Loren's fundraising) strip immunity (Gibson V. Goldston, 2022; Forrester V. White, 1988).

RECEIVED OCT -7 2025 PRO SE OFFICE

Parties;

1. Plaintiff: Michael J Robinson, 22 S Pearl St. Shamokin PA. 17872 (mailing Homeless), 570-898-3478. 2025 Shamokin Mayoral Candidate, Know as "TRUMP GUY" (Former Home 142 E. Lincoln St. "TRUMP TOWERS"

2. James: NY Attorney General, 28 Liberty St NY, NY 10005.
3. Bragg; Manhattan DA, One Hogan Pl. NY, NY, 10013
4. Willis; Fulton DA, 136 Pryor St, SW. Ga. Atlanta 30303.
5. Juan Merchan; NY Judge 100 Center St. NY, NY, 10013

: Lore Merchan; Authentic Campaigns, C/O NY Clients NY, NY.

7. Carroll; Writer c/o Roberta Kaplan 30 Vesey St. NY, NY 10007

FACTS: 8. Since 2015, I've Faced Shamokin Corruption False arrest, charges, arson/floods at 142. E. Lincoln St, derailing my 2025 Mayoral Campaign (NDGA: 1:25-CV-04826, MDPA 4:25-CV-01134, 3rd Cir. 25-2631) Echoes Binsack's (SCOTT) 2012 MDPA. Suit vs. Shamokin officials (civil rights violations, dismissed but showing pattern) and Robert Slaby's misconduct (City Admin, 2025 scandals: News-Item, 2025 Articles).

9. Defendants' RICO Enterpise targeted President TRUMP, harming Allies like me. Jame's Fraudulent Fruad Lawsuit 2022 @450M, no victims; ag. ny.gov. 2022) was baseless, outside Her Duties.

10. Bragg's 2023 TRUMP Felonies used Novel "Zombie" Laws (Manhattonda, org. 2023), exceeding Authority, chilling My PA Mayoral Campaign. 2025 Nov.

11. Willis's 2023 RICO, Dispite 2025 Disqualifications Fueled PA. attacks (NPR, 2023). Not official Acts.

12. Merchan's 2024 TRUMP TRIAL Rulings (GAG orders $35 dem. donations: NY Post 2024) were Biased Non-Judicial Acts. (Stripping Immunity.).

13. Loren Merchan's firm raised $12.7 M. from Dems. (Schiff's $8 M. FEC. gov. 2024) off TRUMPS Case, private profiteering.

14. Carroll's 2019/2023 TRUMP suits ($88 M. "Sexy" qoute, CNN 2019.) lacked evidence (NYT, 2023), Fraudulent Smears.

15. Deffendants linked Via. DOJ Probes (Newsweek, 2024). MSNBC (2024), Loren's Client cash, acting as Conspirators, Not officials (eg. Schiff's payments)

16. As "TRUMP GUY" my "TRUMP TOWERS" (Daily-Item 8/22/2025 ties me to TRUMP. Defendants actions Caused PA. Media Smears (News-Item 8/22/2025), mocking my Campaign and Judge's "High expectations" (MDPA 4:25-CV-01134), Costing 150+ votes.

17. Harm: $50 losses, emotional Distress, vote suppression property threats/Damage (Arson/Floods per PA. Cases).

Claim 1: 42 USC §1983 (Civil rights Conspiracy) Defendant under color of law but outside official Roles, Conspired to Violate my 1st. Amendment (speech/campaign) and 14th Amendment (equal protection) rights via interstate TRUMP Attacks, Chilling my PA Mayoral Campaign (eg New-Item smear, Binsack Patter, Binsack V. Lackawana Pris.) No Immunity Applies - Actions were outside official Capacity and were Non-official (Gibson V. Goldston)

Claim 2: RICO (18 USC §1962(c)/(d))
Defendants ran an enterprise via mail/wire fraud (False Suits, media), obstruction (Merchan's Rulings), honest service fraud (Loren's Fundraising) outside their duties, Acts: James's 2022 Suit, Bragg's 2023 charges, Willis's 2023 RICO, Merchan's 2024 BIAS, Loren Merchan's $12.7m. Corrolls suits, Hurt my 2025 Nov. Mayoral Campaign, echoing Binsack's 2012 Fight, No Immunity - conspiritorial acts (forrester v. White).

Claim 3: Injunction: Stop defendants' interference election is imment Nov. 2025. Exhibits (List, attach):
Private criminal Complaints (Related 4:25-cv-01234 MDPA)
A. NY AG TRUMP Suit (ag.ny.gov. 2022)
B. Bragg indicment (manhattonda.org. 2023)
C. Willis RICO (NPR, 2023)
D. DOJ Probe (Newsweek, 2024)
E. News-Item Hit piece (News-Item.Com 8/22/25).
F. MSNBC Prosecutors (MegynKelly.com, 2024).
G. Lorens Cash (FEC.gov. 2024),
H. House Subpoena (Judiciary.house.gov, 2024)
I. Merchans Ethics (Nysd.uscourts.gov, 2023)
J. Carroll Appeals (Cnn.Com. 2025)
K. TRUMP Deposition (Nytimes.com, 2023)
L. Corroll CNN (Cnn.com. 2019)
M. TRUMP TOWERS FIRE (dailyitem.com 7/10/2019)
N. Slaby Scandles (News-Item.com 2025)
O. Binsack 2012 Lawsuit (thetimestribune.com, 2012).

Relief;

- 3,000,000 compensatory damages ($2.5M + $500K for hit piece).
- $750,000 punitive damages
- Injunction to Stop 2025 Nov. Mayoral Campaign Interference.
- RICO TREBLE DAMAGES
- Costs (Pro se).
- Jury Trial.

I declare under Penalty of Perjury all is TRUE and Correct under 28 USC §1476.

9/29/25 [signature] Pro se 1134

Michael J. Robinson pro se 1134

USDCSDofNY

Michael J. Robinson (Plaintiff)
V.
Letitia James, Alvin Bragg, Fani Willis, Juan M. Merchan
Loren Merchan, E. Jean Corroll. (Defendants)

Case No:

* Emergency Motion For Temporary Restraing Order and Preliminary Injunction (Fed R. Civ. P. 65 (b) - Ex Parte)

1. Why Urgent: Defendants' RICO conspiracy targeting President TRUMP is destroying my 2025 Mayoral Campaign in Shamokin, As the "TRUMP GUY" (142 E. Lincoln St "TRUMP TOWERS"). Election is imminent - I need TRO to stop smears, property threats.

2. Jurisdiction; SDNY (28 USC § 1331; §1983, RICO) venue: NY defendants: Willis via. conspiracy (CPLR § 302.)

3. No-Immunity: Defendants acted under color of Law, outside official duties, violating RICO (18 USC §1962) via. Fraud/obstruction (eg., Merchans Biased rulings, Loren's private profiteering). NON-official Acts STRIP-IMMUNITY. (Gibson V. Goldston) 2022 (forrester V. white 1988).

4. Related Cases

NDGA 1:25-cv-04826; Willis's RICO/False arrest harms my Campaign

- NDPA 4:25-CV-01134: PA officials misconduct (Arson/Floods) threatens home/votes.
- 3rd Cir. 25-2631: Appeal for Injunction, same pattern as Scott Binsack's 2012 MDPA suit vs. Shamokin Corruption.

5. Harm: News-Item article (8/22/25) mocked my Campaign and Judge's "High Exspectations" comment. MDPA 4:25-CV-01134). Costing 100+ votes. Defendants' actions (James 2022 suit) Braggs 2023 charges, Willis's 2023 RICO, Merchan's 2024 Rulings, Loren's $12.7M. Fund-Raising, Corroll's $88M. Suits) smear TRUMP Allies like me causing PA. Harm. ($50K. Losses, emotional distress, arson/floods). Robert Slaby's 2025 Scandals (News-Item) Link to Pattern.

6. Why I WIN: Likly success on §1983 (1st./14th Amendment violations) and RICO (fraud/obstruction). Public Records (FEC.gov, DOJ Probes) prove conspiracy. No Burden on Defendants vs. my Campaigns Ruin. (Equities) Ireparable Harm: Lost votes, election is unfixable. Pubic Interest: Free Elections.

7. Relief:

- TRO (ex parte): Bar Defendants from Campaign Interference. (eg. Media Smears, suits, Fundraising). (For 14 days).

- preliminary injunction: Extend after Hearing (within 14 days).
- Fast TRACK Hearing (Fed. R. Civ. P. 65(a)(5)).
- NO Bond (Pauper status, IFP Filed).
- Court-Serves Defendants (IFP).

8. NO Notice; Election urgency and Defendants' influence make Notice impracticable. Good Faith Filing.

I declare true and correct under Penalty of Perjury (28 USC §1746) 9/29/25

[signature] ~~Pro se~~ 1134

Michael J. Robinson pro se. 1134.

USDCSD of NY

Michael J. Robinson (Plaintiff)

V.

Lititia James, Alvin Bragg, Fani Willis, Juan M. Merchan, Loren Merchan, E. Jean Carroll (Defendants)

Case No:

* Proposed Order to Show Cause for TRO and preliminary Injunction

Upon Plaintiff's Emergency Motion, It is ORDERED:

1. TRO granted ex parte; Defendants barred from campaign Iterference (eg. media, suits, Fundraising) for 14 days or until Hearing.

2. Hearing on preliminary Injunction set for (Date: ), within 14 days.

3. Defendants show Cause why injunction should not issue.

4. No BOND - (pauper status, IFP)

Date:

Honorable Judge X ______________________________

UNITED STATES DISTRICT JUDGE.

USDCSD of NY

Michael J Robinson (Plaintiff)

V.

Letitia James, Alvin Bragg, Fani Willis, Juan M. Merchan, Loren Merchan, E. Jean Carroll, (Defendants)

Case No:

(Emergency Filing)

* Emergency MOTION FOR Expedited Discovery
(Fed. R. CIV. P 26(d)(1), SDNY Local Rule 16.1)

1. Why Urgent: Defendants RICO conspiracy (18 USC § 1962) targeting TRUMP harms my 2025 Mayoral for Shamokin pa. 1 lost vote could Cause me the election it's a small City in PA. a dem stronghold Election (Nov. 2025) Nears. "I need discovery to preserve evidence and Counter immunity Defenses.

2. Good Cause (Rule 26(d)(1)):

- Election Harm; News-Item Smear (8/22/25) cost 150 Votes. Discovery supports TRO (Rule 65) to stop irreparable Harm.
- Evidence Risk; Defendants' power (James, Bragg, Willis Merchan) risks spoliation of Communications, FEC Records.
- NO Immunity; Discovery Proves NON-Judicial Acts (eg. Loren's $12.7m, Merchan's Bias). stripping immunity (Gibson V. Goldston, 2022; Forrester V. White 1968).

• Pattern: MDPA 4:25-CV-01134, NDGA 1:25-CV-04826. 3rd. Cir. 25-2631 and Binsack's 2012 suit show a 13-year Conspiracy.

3. Specific Requests: Limited To Avoid burden:

• Interrogatories (10 total per Defendant):

a. List 2022-2025 communications re: TRUMP Suits (James's 2022 Fraud, Bragg's 2023 Charges, Willis's 2023 RICO, Merchans 2024 rulings, Carroll's suits).

b. Detail Loren's Authentic Campaign Contracts ($12.7M, FEC.gov, 2024).

c. Identify DOJ/MSNBC contacts re: TRUMP probes (Newsweek, 2024).

• Document Requests (5 Total):

a. James's 2022 suit Files (ag.ny.gov).

b. Bragg's 2023 indictment Records (Manhattanda.org).

c. Willis's 2023 RICO Files (NPR, 2023).

D. Merchan's 2024 order, Donation records (NY Post 2024).

e. Loren's FEC filings (FEC.gov. 2024).

4. Limited Scope (No Prejudice) 15 request reduces Burden.
• pro-se, IFP Status (michael) Robinson 22 S. Pearl St. Shamokin PA. 17872; 570-898-3478 Warrants leniency (Haines V. Kerner, 1972);
NY/GA/PA Conspiracy (CPLR §302) Justifies urgency.

* USDCSDNY (Proposed order to Show Cause for TRO + Prelim INJ)

Michael J. Robinson (Plaintiff)

V.

Letitia James, Alvin Bragg, Fani Willis, Juan M. Merchan

Loren Merchan, E. Jean Caroll (Defendants)

UPON Plaintiffs Motion (Rule 26(d)(1):

1. Expidited discovery Granted: Defendants respond to 10 interrogatorries, 5 document request (Per Motion) by ( ~ 10/20/2025.]

2. Scope Evidence of NON-Judicial, NON Official RICO acts (18 USC §1962). harming Plaintiffs 2025 Mayoral Campaign.

3. No bond (Pauper Status (IFP)).

4. Court to Serve Defendants. (IFP).

Date:

Honorable Judge X ______________________

United States Distric Judge.

# PRIVATE CRIMINAL COMPLAINT

Commonwealth of PA. MDC 08-3-03 (William J Zalinsk JR.) 2 E. Arch St Shamokin Pa. 17872

Affiant; Michael J. Robinson DOB 9/17/62 22 S. Pearl St. Shamokin PA. 17872 (570-898-3478).

Defendants;

1. Joseph Leschinskie JR. 2025 Shamokin City Council Candidate, board Member, C/O Shamokin City Hall, 101 E. Independence St. Shamokin Pa. 17872.
2. Michael Deitz JR. 2025 Shamokin City Council Candidate, Commitee member, C/O Shamokin City Hall, 101 E. Independence St. Shamokin PA. 17872.

Offenses;

- 18 Pa. C.S. § 3922 (Theft by Deception, M1).
- 18 Pa C.S. § 4902 (False swearing, M2).
- 18 Pa C.S. § 903 (Criminal Conspiracy) (M1/M2).
- 42 Pa C.S. § 4132 (Criminal Contempt, violation of 2022 Court order).

FACTS: Leschinskie and Deitz violated 2022 Northumberland County Court order (docket CV-22-0001) by deceiving Voters and misusing their positions as 2025 Candidates. Their actions, including threats (2019 News-Item Article on Leschinskie) and False statements, Caused a smear (News-Item 8/22/25). this could cause me to lose 150+ or More votes also causing stress and Humiliation to my Shamokin Mayoral CAMPAIGN 2025 NOV.

- This ties to corruption (Federal Crt. Cases NDGA - 1:25-CV-04826, MDPA 4:25-CV-01134, 3rd Cir 25-2631).
- Probable cause: Public Records (CV-22-0001, News-Item 9/19/25 on Leschinskie's convictions). Also Michael Deitz's (conspiracy involvement to Violate Court ORDER.)
- GOOD FAITH DECLARATION: I declare this Complaint is filed in good Faith, not out of retaliation, malice, or frivolous intent, but to Report Crimes and insure Justice, per Pa. R. Crim. P. 506.
- Special Prosecutor Request: DA Michael O'Donnell has a Conflict due to ties to Shamokin Officials (Leschinskie's Board role, Deitz's Committee position). Per Pa. Crim. P. 506(B)(2), I request a special Prosecutor for impartial Review.
- Witnesses: NONE Required (affiants Knowledge; Public Records).
- Perjury Declaration; I declare under Penalty of Perjury 18 Pa. C.S. § 4904 that the Facts in this Complaint are True and Correct to the best of My Knowledge. 9/29/25

[signature] ~~Pro se~~ 1134 Michael J Robinson Pro se 1134

- Exhibits (None Attach; List Public Records only)
- A. 2022 Court order (CV-22-0001 Northumberland County).
- B. 2019 News-Item Article on Joseph Leschinskie (New-Item.com)
- C. 2025 News-Item Article on Joseph Leschinskie on Leschinskie Convictions and Michael Deitz Conspiracy (New-Item.com 9/19/25).
- D. Federal Case DKTS. NDGA 1:25-CV-04826, MDPA 4:25-01134, 3rd Cir. 25-2631).
- E. News-Item Smear Article (News-Item.com 8/22/25
- F. News-Item Michael Robinson 2025 Mayoral Write-In Candidate (New-Item.com 8/21/25)

1 IFP (Hand written)

1 Complaint (Hand written)

Thank you

[signature] Pro se
1134

Michael J Robinson pro se 1134

MR
22-S. Pearl St.
Shamokin PA. 17872
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL
7022 3330 0002 3246 3475

Retail
U.S. POSTAGE PAID
FCM LG ENV
KENANSVILLE, FL 34739
SEP 30, 2025
10007
$7.74
RDC 99
S2324P503272-4
USMS SDNY
RECEIVED
OCT - 7 2025
PRO SE OFFICE

Pro se Intake Unit
500 Pearl St.
New York NY. 10007
* Emergency (TRO Request & Expidited Disc) *